139 A.3d 1256

**M.A., Respondent**

v.

**M.G., Petitioner.**

Supreme Court of Pennsylvania.

June 17, 2016.

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of June, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue presented by petitioner and rephrased for clarity is whether it is within the province of a trial court to diagnose a litigant with mental illness when the record is devoid of any diagnosis by a mental health professional or testimony by a mental health professional to support the diagnosis?